## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| ANTHONY THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:20-cv-01641-RGA |
| v. | ) |
| | ) |
| CIT GROUP INC., ELLEN R. ALEMANY, MICHAEL L. BROSNAN, MICHAEL A. CARPENTER, DORENE C. DOMINGUEZ, ALAN FRANK, WILLIAM M. FREEMAN, R. BRAD OATES, GERALD ROSENFELD, JOHN RYAN, SHELIA A. STAMPS, KHANH T. TRAN, LAURA S. UNGER, FIRST CITIZENS BANCSHARES, INC., FIRST-CITIZENS BANK & TRUST COMPANY, and FC MERGER SUBSIDIARY IX, INC., | ) |
| | ) |
| Defendants. | ) |

## **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: January 29, 2021                                **RIGRODSKY LAW, P.A.**

                                                       By: */s/ Gina M. Serra*
                                                       Seth D. Rigrodsky (#3147)
                                                       Gina M. Serra (#5387)
                                                       300 Delaware Avenue, Suite 210
                                                       Wilmington, DE 19801
                                                       Telephone: (302) 295-5310
                                                       Facsimile: (302) 654-7530
                                                       Email: sdr@rl-legal.com
                                                       Email: gms@rl-legal.com

                                                       *Attorneys for Plaintiff*